HENRY MARTIN COMPANY, Respondent, *v.* GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Appellant, Impleaded with Another.

*Carriers — express companies — negligence — action to recover value of goods shipped on ground of failure of delivery to consignee — defense that goods were delivered to given address.*

*Martin Co.* v. *Taylor*, 192 App. Div. 946, affirmed.

(Argued January 20, 1922; decided February 3, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1920, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover the value of a sealskin coat

upon which plaintiff had made extensive repairs. It delivered the coat to defendant express company consigned to the owner at a specified address. The owner, however, had removed from said address, and the express company delivered the package to the owner's stepson who still resided at said address. The coat was never delivered to the owner.

*David B. Lisle* for appellant.

*Edmond J. Fitzgerald* and *P. H. Fitzgerald* for respondent.

Judgment affirmed. with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.